IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

SELENE FINANCE, LP,   Case No: 1:17-CV-35

    Plaintiff,

v.   Action for Debt and Foreclosure
of Real Property Mortgage

JASLENE F. WILLIAMS,

    Defendant,

_____/

## COMPLAINT

Plaintiff, SELENE FINANCE, LP, through undersigned counsel, for its complaint against Defendant(s), JASLENE F. WILLIAMS states:

1. This Court has jurisdiction pursuant to 28 U.S.C § 1332, and due to the complete diversity of citizenship of the parties and the fact that the amount in controversy exceeds the sum of $75,000.00.

2. Venue is proper in this division because the real property at issue is located in St. Croix, U.S. Virgin Islands.

3. Plaintiff is a residential mortgage servicing company with headquarters in Houston, Texas.

4. Defendant(s), JASLENE F. WILLIAMS is the owner of record of real property located in St. Croix, U.S. Virgin Islands and upon information and belief, resides in St. Croix, U.S. Virgin Islands.

5. On September 12, 2003, JASLENE F. WILLIAMS executed a Note (by Elsie Williams, her Attorney in Fact), in which she promised to pay the lender named therein,

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS NOMINEE FOR ALLIED HOME MORTGAGE CAPITAL CORPORATION, the principal sum of ONE HUNDRED FIFTY SEVEN THOUSAND SEVEN HUNDRED SEVENTY ONE and No/100 Dollars ($157,771.00), together with interest at the rate of 6.750% per annum, in equal monthly installments of ONE THOUSAND TWENTY THREE and 30/100 Dollars ($1,023.30). A copy of the Note is hereto attached as **Exhibit "A"**.

6. The Note provides further that it shall become due and payable in its entirety, without notice by reason of default in the payment or interest or principal when due, as well as any other default thereunder.

7. Repayment of the loan from JASLENE F. WILLIAMS, A SINGLE WOMAN, including any and all sums that she at any time and for any reason may become indebted to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS NOMINEE FOR ALLIED HOME MORTGAGE CAPITAL CORPORATION, is secured by a First Priority Mortgage executed on September 12, 2003, by JASLENE F. WILLIAMS (by Elsie Williams, her Attorney in Fact) in the principal sum of ONE HUNDRED FIFTY SEVEN THOUSAND SEVEN HUNDRED SEVENTY ONE and No/100 Dollars ($157,771.00), covering the following real property:

> **Plot No. 24-F Estate of St. John**
> **(comprising 0.3415 U.S. acres, more or less)**
> **Queen Quarter**
> **St. Croix, U.S. Virgin Islands**
> **As more particularly shown on**
> **O.L.G. Drawing 1357, dated September 4, 1963**
>
> ("Mortgaged Property").

The First Priority Mortgage was recorded at the Office of the Recorder of Deeds for the District of St. Croix on September 12, 2003 in Book 876, at Page 143, as Instrument No. 2003004885. A copy of the First Priority Mortgage is attached hereto as **Exhibit "B"**.

8. The First Priority Mortgage was assigned from MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS"), AS NOMINEE FOR ALLIED HOME MORTGAGE CAPITAL CORPORATION to SELENE FINANCE, LP, by assignment of mortgage executed on June 21, 2017 and recorded on June 29, 2017 at the Office of the Recorder of Deeds for the District of St. Croix, in Book 1474, at Page 354, as Document No. 2017002399. A copy of the assignment is hereto attached as **Exhibit "C"**.

9. The Note follows the Mortgage. The Plaintiff is the holder of the Note and Mortgage and is entitled to enforce the Note and Mortgage.

10. The Note and Mortgage were subsequently modified by a Modification Agreement, executed March 13, 2010, and recorded on June 10, 2011, in Book 1273, at Page 482, as Instrument No. 2011002123, of the Public Records of St. Croix, U.S. Virgin Islands. A copy of the Modification Agreement is attached hereto as **Exhibit "D"**.

11. The subject property was conveyed by a Warranty Deed to JASLENE F. WILLIAMS, dated August 4, 2003, and recorded on September 12, 2003, in Book 876, at Page 137, as Instrument No. 2003004884, of the Public Records of St. Croix, U.S. Virgin Islands. A copy of the Warranty Deed is attached hereto as **Exhibit "E"**.

12. JASLENE F. WILLIAMS defaulted on her obligations under the Note and Mortgage by failing to pay all amounts when due on December 1, 2016, and subsequent payments.

13. Notice of the default was sent to JASLENE F. WILLIAMS at her mailing address as well as the subject property at time of default. Copies of the letters are attached hereto as **Exhibit "F"**.

14. Pursuant to the terms and conditions of the Note and Mortgage, Plaintiff has elected to declare the entire unpaid principal sum with all accrued interest and late charges due and payable, and there is, accordingly due and owing to Plaintiff the principal sum of ONE HUNDRED THIRTY EIGHT THOUSAND EIGHT HUNDRED EIGHTY EIGHT and 71/100 Dollars ($138,881.71), plus further interest and late charges accruing until the date of judgment.

15. During the pendency of this action and prior to the foreclosure sale of the Mortgaged Premises, SELENE FINANCE, LP may be required to pay real property taxes, insurance premiums, or other similar charges with respect to the Mortgage Premises, which, pursuant to the Mortgage become part of the principal amount of the indebtedness and for which SELENE FINANCE, LP is entitled to recover against JASLENE F. WILLIAMS; as well as costs and fees, including reasonable attorneys' fees as a result of protecting SELENE FINANCE, LP's legal rights, which under the provisions of the Mortgage also become a lien on the Mortgaged Premises until paid.

WHEREFORE, SELENE FINANCE, LP requests judgment as follows:

a) against Defendant, SELENE FINANCE, LP for all unpaid principal and interest due and payable as of the date of judgment, plus interest accruing thereafter at the legal rate until the judgment is satisfied and;

b) recognizing Plaintiff, SELENE FINANCE, LP's First Priority Mortgage to a be a valid First Priority Mortgage against the Mortgaged Premises, and enforcing and foreclosing SELENE FINANCE, LP's lien and ordering the Mortgaged Premises sold in satisfaction of the total indebtedness to SELENE FINANCE, LP, in accordance with the provisions of V.I. CODE ANN. tit. 28, § 531 *et seq.*;

c) awarding a personal judgment against JASLENE F. WILLIAMS for any deficiency if this judgment is not satisfied after such sale;

d) granting possession of the Mortgaged Premises to SELENE FINANCE, LP or the purchase at the foreclosure sale against Defendants or anyone holding under them;

e) awarding SELENE FINANCE, LP the costs and fees incurred by it in protecting its rights in the Mortgaged Premises, including but not limited to real property taxes and insurance premiums respecting the Mortgaged Premises during the pendency of this action and prior to the foreclosure sale thereof; together with post judgment interest on the judgment amount, costs and reasonable attorneys' fees; and

f) awarding SELENE FINANCE, LP such other and further relief as the Court deems proper under the circumstances.

        Respectfully submitted,

        Quintairos, Prieto, Wood & Boyer, P.A.
        1000 Blackbeard's Hill, Suite 10
        St. Thomas, VI 00802
        Telephone: (340) 693-0230
        Facsimile: (340) 693-0300

By: /s/ Matthew R. Reinhardt
     Matthew R. Reinhardt, Esq.
     V.I. Bar No. 1265
     Matthew.Reinhardt@qpwblaw.com